JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-123JLR |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO EXTEND INDICTMENT DEADLINE |
| v. | |
| ROSENDO PERALTA-REYES, | ~~(PROPOSED)~~ |
| Defendant. | |

The Court, having considered the Unopposed Motion to Extend Time To File Indictment Under Speedy Trial Act finds that:

1. Mr. Peralta-Reyes is charged by Complaint with Illegal Reentry after Deportation, in violation of Title 8 U.S.C. § 1326(a).

2. Mr. Peralta-Reyes was arrested and made his Initial Appearance on June 25, 2019, at which time the Court remanded him to custody.

3. Under the Speedy Trial Act, an Indictment charging a defendant must be filed within 30 days from the date on which the defendant was arrested or served with a summons in connection with such charges. 18 U.S.C. § 3161(b). At the present time, the United States must obtain an Indictment in this case on or before July 25, 2019, to meet the requirements of the Speedy Trial Act.

4. The parties are seeking an Order extending the time within which an Indictment must be filed on the ground that the "ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv).

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND INDICTMENT DEADLINE
(Rosendo Peralta-Reyes; CR19-123JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

6. The defendant has executed a Waiver of Speedy Indictment waiving rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and has further agreed that the period from the date this Order is signed, until August 16, 2019, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

In light of the foregoing, IT IS HEREBY ORDERED that the time to file an Indictment in this matter be extended to August 16, 2019. The period of delay resulting from this continuance from the date of this Order up to and including August 16, 2019, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(7).

IT IS SO ORDERED this 15th day of July, 2019.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Rosendo Peralta-Reyes

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND INDICTMENT DEADLINE
(*Rosendo Peralta-Reyes*; CR19-123JLR) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100